UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| Jantzen Shepard a.k.a Jantzen Norwood,<br><br>    Plaintiff,<br><br>  vs.<br><br>Revenue Assurance Professionals, LLC d/b/a Consolidated Recovery Systems,<br><br>    Defendant. | Case No.: 1:20-cv-12374-TLL-PTM |

## NOTICE OF SETTLEMENT WITH DEFENDANT REVENUE ASSURANCE PROFESSIONALS, LLC D/B/A CONSOLIDATED RECOVERY SYSTEMS

Plaintiff's and Defendant, Revenue Assurance Professionals, LLC d/b/a Consolidated Recovery Systems have agreed to settle their dispute and intend to file a Voluntary Dismissal as to Revenue Assurance Professionals, LLC d/b/a Consolidated Recovery Systems, with prejudice, no later than August 22, 2021.

Respectfully submitted,

/s/ Carl Schwartz
CARL SCHWARTZ (P70335)
GARY HANSZ (P44956)
Attorneys for Plaintiff
22142 West Nine Mile Road
Southfield, MI 48033
(248) 353-2882
Email – Carl@crlam.com

## **PROOF OF SERVICE**

I, Carl Schwartz, hereby state that on June 23,2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

/s/ Carl Schwartz