UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| Jantzen Shepard a.k.a Jantzen Norwood,<br><br>         Plaintiff,<br><br>   vs.<br><br> Revenue Assurance Professionals, LLC d/b/a Consolidated Recovery Systems.,<br><br>         Defendant. | Case No.: 1:20-cv-12374-TLL-PTM |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT REVENUE ASSURANCE PROFESSIONALS, LLC D/B/A CONSOLIDATED RECOVERY SYSTEMS

The Plaintiff hereby dismisses her claims against Defendant Revenue Assurance Professionals, LLC d/b/a Consolidated Recovery Systems, with prejudice and without costs to either party.

DATED this 29th day of September, 2021.

                                                  Respectfully submitted,

                                                  /s/ Carl Schwartz
                                                  CARL SCHWARTZ (P70335)
                                                  GARY HANSZ (P44956)
                                                  Attorneys for Plaintiff
                                                  22142 West Nine Mile Road
                                                  Southfield, MI 48033
                                                  (248) 353-2882
                                                  Email – Carl@crlam.com

## **PROOF OF SERVICE**

    I, Carl Schwartz, hereby state that on September 29, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

    /s/ Carl Schwartz